**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No: 21-cr-00232-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

JOSE ROBERTO ROMERO-MORALES,

     Defendant.

_____

**ENTRY OF APPEARANCE OF COUNSEL**
_____

To: The clerk of court and all parties of record I hereby certify that I am a member in

good standing of the bar of this court, and I appear in this case as counsel for the

United States of America.

     DATED at Denver, Colorado this 24th day of June, 2022.

United States Attorney
Cole Finegan

By:   *s/ Albert Buchman*
ALBERT BUCHMAN
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: 303-454-0100
Fax: 303-454-0405
Email: Al.Buchman@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this this 24ᵗʰ  day of June, 2022, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.


By:  *s/ Stephanie Price*
STEPHANIE PRICE
Legal Assistant
United States Attorney's Office