AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2021 JUL 11 PM 12:02
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 21-cr-00232-WJM |
| JOSE ROBERTO ROMERO-MORALES | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer,

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOSE ROBERTO ROMERO-MORALES,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Illegal Re-Entry after Removal subsequent to an aggravated felony conviction– 8 U.S.C. 1326(a)

Date: 07/14/2021

s/T. Vo, Deputy Clerk
*Issuing officer's signature*

City and state:  Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 7/14/21, and the person was arrested on *(date)* 7/7/22
at *(city and state)* Denver, CO.

Date: 7/7/22

[signature]
*Arresting officer's signature*

P. Bliss  DEO/USMS
*Printed name and title*