IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00232-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE ROBERTO ROMERO-MORALES,

      Defendant.

## NOTICE OF DISPOSITION

The defendant, Jose Roberto Romero-Morales, by and through undersigned counsel, Natalie G. Stricklin, hereby notifies this Court that a disposition has been reached in his case with the government. The defendant would request a change of plea hearing for the court to consider the proposed plea agreement

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender


      s/ Natalie G. Stricklin
      NATALIE G. STRICKLIN
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Natalie_Stricklin@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, I filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Albert C. Buchman, Assistant United States Attorney
Email:  al.buchman@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Jose Roberto Romero-Morales (via U.S. mail)

s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Natalie_Stricklin@fd.org
Attorney for Defendant
