IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00232-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE ROBERTO ROMERO-MORALES,

      Defendant.
_____

**DEFENDANT'S UNOPPOSED MOTION TO RESET SENTENCING DATE**
_____

Mr. Jose Romero-Morales, by and through undersigned counsel, Natalie Stricklin, requests the Court reset his sentencing date to a date in late February 2023. In support thereof, Mr. Romero-Morales states:

1. On July 14, 2021, an indictment was filed against Mr. Romero-Morales charging one count of illegal re-entry in violation of 8 USC § 1326(a),(b)(1).  Doc. # 1.

2. On July 7, 2022, Mr. Romero-Morales was arraigned on the indictment and entered a plea of not guilty to the charged count.  Doc. # 10.

3. On August 5, 2022, less than a month after his arraignment, a notice of disposition was filed.  Doc. # 19. Mr. Romero-Morales entered a plea of guilty on October 5, 2022.  Doc. # 21.

4. Pursuant to the plea agreement, the Government has agreed to request a sentence at the bottom of the guideline range resulting from a "fast track" disposition. Doc. # 22.  The parties estimate the advisory guideline range after application of the "fast track" departure to be 6-12 months imprisonment.

5. At the change of plea hearing, the Court set a sentencing date for April 7, 2023. At the time of the sentencing, Mr. Romero-Morales will have been in custody for approximately 9 months. At that time, his pretrial confinement will exceed the low end of the guideline range, thereby, nullifying the benefit of the "fast track" disposition. At the conclusion of the change of plea hearing, undersigned counsel informed the Court of her concerns regarding the sentencing date and its impact on the plea agreement. The Court informed counsel that it would consider a written motion to move up the sentencing date.

6. Counsel conferred with Assistant United States Attorney Al Buchman prior to the filing of this motion. AUSA Buchman does not oppose moving up the sentencing and agrees with the request to move the sentencing to late February 2023. At that time, Mr. Romero-Morales will have been in custody for just over 7 months.

7. Counsel also conferred with United States Probation Officer Meaghan Mills. Although the Probation Department takes no position on the request to reset the sentencing hearing, USPO Mills confirmed two things: (1) that after a preliminary evaluation, she believes the guidelines are correctly calculated in the plea agreement and (2) she can have the presentence investigation report complete if the sentencing were moved to late February 2023.

8. Therefore, Mr. Romero-Morales requests that his sentencing hearing be reset from April 7, 2023, to a date in late February 2023.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Natalie Stricklin
NATALIE STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
natalie.stricklin@fd.org
Attorney for Defendant


CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2022, I electronically filed the foregoing ***Defendant's Unopposed Motion to Reset Sentencing Date*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Al Buchman, Assistant United States Attorney
Email: Al.Buchman@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jose Romero-Morales  (via U.S. mail)

s/Natalie Stricklin
NATALIE STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
natalie.stricklin@fd.org
Attorney for Defendant