IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00232-WJM

UNITED STATES OF AMERICA,

   Plaintiff,
v.

JOSE ROBERTO ROMERO-MORALES,

   Defendant.

## SENTENCING STATEMENT

Mr. Romero-Morales, through undersigned counsel, Natalie Stricklin, submits this sentencing statement in support of his request for a sentence of time served (239 days).  In support of his request, Mr. Romero-Morales states the following:

**I.** **SENTENCING RECOMMENDATION**

Mr. Romero-Morales requests this Court sentence him to time served.  Mr. Romero-Morales has been in federal custody for 239 days, approximately 8 months. Mr. Romero-Morales requests that the Court grant the government's motion for a one-level departure pursuant to the Fast Track program.  After application of that departure, Mr. Romero-Morales calculates the advisory guideline range as 6-12 months. The range is consistent with that calculated in the plea agreement and presentence investigation report.  Mr. Romero-Morales' request of 8 months falls in the middle of that range, toward the lower end.   Mr. Romero-Morales anticipates the government will also request an imprisonment sentence of time served.  Pursuant to USSG. § 5D1.1, Mr. Romero-Morales is not requesting a term of supervised release.

**II.     The NATURE AND CIRCUMSTANCES OF THIS OFFENSE**

This offense involves Mr. Romero-Morales illegally re-entering the United States after having been previously deported.  Mr. Romero-Morales was last deported in September of 2018.  In addition to that removal, Mr. Romero-Morales was removed in June 2018 and May 2018.  Mr. Romero-Morales has one prior illegal re-entry conviction from September 2018.

**III.    MR. ROMERO-MORALES' HISTORY AND CHARACTERISTICS**

Mr. Romero-Morales' history and characteristics are described in the presentence investigation report.  Mr. Romero-Morales was born and raised in Durango, Mexico, until age 10 when the family relocated to the United States.

Mr. Romero-Morales was admitted to the United States through the DACA program.  Mr. Romero-Morales attended elementary school, middle school, and high school in Denver.  He graduated from South High School in 2012.  Mr. Romero-Morales is fluent in English.

Except for his early childhood years living in Mexico and one year living in France, Mr. Romero-Morales has lived in Colorado.  His mother and younger sister live in Denver.  Mr. Romero-Morales anticipates being deported once he is released from custody.  After deportation, he intends on in living in Guadalajara, Mexico, with his father and older brother.

**IV.    SENTENCING CONSIDERATIONS**

The Court must "impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in paragraph (2)," which are the need for the sentence imposed:

  A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
  B) to afford deterrence to criminal conduct;
  C) to protect the public from future crimes of the defendant; and
  D) to provide the defendant with needed educational, or vocational training, medical care, or other correctional treatment in the most effective manner. 18 U.S.C. §3553(a)(2).

  Mr. Romero-Morales has been in federal custody since July 7, 2022. This sentence is his first custodial sentence. Mr. Romero-Morales' criminal history consists of one prior illegal re-entry offense where he was sentenced to "non-reporting" probation and several traffic-related offenses resulting in fines and community service. The eight months he has been in custody awaiting resolution of this case has appropriately punished him for returning to the country illegally and has sent a deterrent message to both Mr. Romero-Morales and others who risk unlawfully returning to this country. Upon completion of the sentence in this case, Mr. Romero-Morales will either be transferred to immigration custody or to state custody to resolve his two pending cases there. The Denver County case is set for trial on March 21, 2023, and the Douglas County case is set for status on April 14, 2023. Under no circumstances is Mr. Romero-Morales actually getting released from custody. He poses no additional risk to the public at this time and will eventually be deported from the United States. Mr. Romero-Morales has few, if any, rehabilitative needs to be addressed while incarcerated or on supervision. He has spent his time in custody exercising, playing video games, and watching television.

  The requested time served sentence is within the guidelines range and is "sufficient, but not greater than necessary" to achieve the goals as set forth in 18 U.S.C. §3553(a).

Respectfully submitted,

VIRGINIA GRADY
Federal Public Defender


s/ Natalie Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Natalie_Stricklin@fd.org
Attorney for Defendant


CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically filed the foregoing ***Sentencing Statement*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Albert C. Buchman, Assistant United States Attorney
Email:  al.buchman@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Jose Roberto Romero-Morales (*via U.S. mail*)

s/ Natalie Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Natalie.Stricklin@fd.org
Attorney for Defendant