IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00232-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

JOSE ROBERTO ROMERO-MORALES,

      Defendant.
_____

**NOTICE OF APPEARANCE**
_____

      Assistant Federal Public Defender Kelly Christl enters her appearance on behalf of the Defendant, Jose Roberto Romero-Morales.

      Respectfully submitted,

      VIRGINIA L. GRADY
      Federal Public Defender

      */s/ Kelly Christl*
      KELLY CHRISTL
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, Colorado 80202
      Telephone: (303) 294-7002
      FAX: (303) 294-1192
      Email: Kelly_Christl@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on March 10, 2023, I electronically filed the foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Albert C. Buchman, Assistant U.S. Attorney
Email: al.buchman@usdoj.gov

*/s/ Kelly Christl*
KELLY CHRISTL
Assistant Federal Public Defender