IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date: March 17, 2023
Courtroom Deputy: Heidi L. Guerra
Court Reporter: Mary George
Probation Officer: Joshua Roth

| | |
|---|---|
| Criminal Action No. **1:21-cr-00232-WJM-1** | Counsel: |
| UNITED STATES OF AMERICA, | Albert C. Buchman |
| Plaintiff, | |
| v. | |
| JOSE ROBERTO ROMERO-MORALES, | Kelly D. Christl |
| Defendant. | |

## COURTROOM MINUTES

**Sentencing Hearing**

**2:12 p.m.     Court in session.**

Court calls case. Appearances of counsel. Defendant is present in custody. Probation Officer present in courtroom.

Defendant placed under oath by Courtroom Deputy.

Court's remarks regarding defendant's offense level, criminal history level and sentencing guidelines range.

**ORDERED:**  The Government's [30] Motion for Departure is DENIED as set for on the record.

Argument given on sentencing.

**ORDERED:**  The Probation Officer shall prepare and file an Amended Presentence Report, as stated on the record.

The Court states its consideration of the history and characteristics of the defendant under 18 U.S.C. § 3553(a).

Court's findings and conclusions.

**ORDERED:** The Plea Agreement between the parties is ACCEPTED.

**ORDERED:** Defendant shall be imprisoned for 12 months as to Count 1 of the Indictment.

The Court recommends that the director of the Bureau of Prisons give the defendant full credit for time served in presentence detention.

The Court waives the mandatory drug testing provision of 18 U.S.C. § 3563(a)(5).

**ORDERED:** The defendant shall cooperate in the collection of DNA as directed by the probation officer.

**ORDERED:** Defendant shall pay a special assessment of $100, due and payable immediately. Payment of any fine is waived.

The defendant is formally advised of his limited right to appeal the sentence imposed by the Court. Any notice of appeal must be filed with the Clerk of the Court within 14 days after entry of judgment.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

**2:55 p.m.    Court is adjourned. Hearing concluded.**

Total time in court: 43 minutes