IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00232-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSE ROBERTO ROMERO-MORALES,

        Defendant.

---

## DEFENDANT'S SENTENCING EXHIBIT

---

        The defendant, Jose Roberto Romero-Morales ("Mr. Romero"), by and through undersigned counsel, Natalie G. Stricklin, hereby provides notice to the Court of the attached sentencing exhibit for the Court record. Attached as Exhibit A is the U.S. Department of Justice, United States Attorney, District of Colorado, Fast-Track Policy, dated September 15, 2016, that was in effect at the time of Mr. Romero-Morales' plea and sentencing hearing held on March 17, 2023.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Natalie G. Stricklin
        NATALIE G. STRICKLIN
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Natalie_Stricklin@fd.org
        Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2023, I filed the foregoing *Defendant's Sentencing Exhibit* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Albert C. Buchman
    Assistant United States Attorney
    Email:  al.buchman@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Jose Roberto Romero-Morales (via U.S. mail)

                          s/ Natalie G. Stricklin
                          NATALIE G. STRICKLIN
                          Assistant Federal Public Defender
                          633 17th Street, Suite 1000
                          Denver, CO  80202
                          Telephone:  (303) 294-7002
                          FAX:  (303) 294-1192
                          Natalie_Stricklin@fd.org
                          Attorney for Defendant