IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00232-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

JOSE ROBERTO ROMERO-MORALES,

       Defendant.

## DEFENDANT'S NOTICE OF APPEAL

The defendant, Jose Roberto Romero-Morales, by and through undersigned counsel, Natalie G. Stricklin, files this notice of appeal to the Tenth Circuit Court of Appeals and appeals the Judgment and Commitment Order (Doc. No. 41) that was entered on March 22, 2023.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       s/ Natalie G. Stricklin
       NATALIE G. STRICKLIN
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Natalie_Stricklin@fd.org
       Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on March 22, 2023, I filed the foregoing *Defendant's Notice of Appeal* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

    Albert C. Buchman
    Assistant United States Attorney
    Email: al.buchman@usdoj.gov

      I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

    Jose Roberto Romero-Morales (via U.S. mail)

                          s/ Natalie G. Stricklin
                          NATALIE G. STRICKLIN
                          Assistant Federal Public Defender
                          633 17th Street, Suite 1000
                          Denver, CO  80202
                          Telephone:  (303) 294-7002
                          FAX:  (303) 294-1192
                          Natalie_Stricklin@fd.org
                          Attorney for Defendant