APPEAL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
### CRIMINAL DOCKET FOR CASE #: 1:21−cr−00232−WJM−1

Case title: USA v. Romero−Morales

Date Filed: 07/14/2021

Date Terminated: 03/22/2023

Assigned to: Judge William J. Martinez

**Defendant (1)**

**Jose Roberto Romero−Morales**
*TERMINATED: 03/22/2023*

represented by **Kelly D. Christl**
Federal Public Defender's Office
Districts of Colorado and Wyoming
633 17th Street
Suite 1000
Denver, CO 80202
303−294−7002
Fax: 303−294−1192
Email: Kelly_Christl@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Natalie Girard Stricklin**
Federal Public Defender's Office
Districts of Colorado and Wyoming
633 17th Street
Suite 1000
Denver, CO 80202
303−294−7002
Fax: 303−294−1192
Email: natalie_stricklin@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 8 U.S.C. § 1326(a), (b)(1) – Illegal Re−entry After Deportation (1) | The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of twelve (12) months. $100.00 special assessment fee. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

None

**Plaintiff**

| | | | |
|---|---|---|---|
| **USA** | | represented by | **Albert C. Buchman** <br> U.S. Attorney's Office <br> 1801 California Street <br> Suite 1600 <br> Denver, CO 80202 <br> 303–454–0228 <br> Email: al.buchman@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Federal Agency Attorney* |
| | | | **Valeria N. Spencer** <br> U.S. Attorney's Office <br> District of Colorado <br> 1801 California Street <br> Suite 1600 <br> Denver, CO 80202 <br> 303–454–0100 <br> Fax: 303–454–0402 <br> Email: Valeria.Spencer@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Federal Agency Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/22/2023 | 43 | NOTICE OF APPEAL as to 41 Judgment, by Jose Roberto Romero–Morales. (Stricklin, Natalie) (Entered: 03/22/2023) |
| 03/22/2023 | 42 | STATEMENT OF REASONS as to Jose Roberto Romero–Morales. (nrich) (Entered: 03/22/2023) |
| 03/22/2023 | 41 | JUDGMENT as to defendant Jose Roberto Romero–Morales. Count 1 – The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of twelve (12) months. $100.00 special assessment fee. By Judge William J. Martinez on 3/22/2023. (nrich) (Entered: 03/22/2023) |
| 03/22/2023 | 40 | RESTRICTED THIRD ADDENDUM to Presentence Report 39 as to Jose Roberto Romero–Morales. (tfont) (Entered: 03/22/2023) |
| 03/22/2023 | 39 | RESTRICTED AMENDED PRESENTENCE REPORT as to Jose Roberto Romero–Morales (Attachments: # 1 Exhibit A).(tfont) (Entered: 03/22/2023) |
| 03/20/2023 | 38 | EXHIBITS In Support by Jose Roberto Romero–Morales – *Sentencing Exhibit* (Attachments: # 1 Exhibit A)(Stricklin, Natalie) (Entered: 03/20/2023) |
| 03/17/2023 | 37 | MINUTE ENTRY for Sentencing as to defendant Jose Roberto Romero–Morales (1) held on 3/17/2023 before Judge William J. Martinez. Denying 30 Motion for Departure. Defendant sentenced as reflected on the record. Defendant remanded. Court Reporter: Mary George. (hguer) (Entered: 03/17/2023) |
| 03/17/2023 | 36 | RESTRICTED SECOND ADDENDUM to Presentence Report 35 as to Jose Roberto Romero–Morales. (tfont) (Entered: 03/17/2023) |
| 03/17/2023 | 35 | RESTRICTED REVISED PRESENTENCE REPORT as to Jose Roberto Romero–Morales (Attachments: # 1 Exhibit A)(tfont) (Entered: 03/17/2023) |
| 03/10/2023 | 34 | NOTICE OF ATTORNEY APPEARANCE: Kelly D. Christl appearing for Jose Roberto Romero–MoralesAttorney Kelly D. Christl added to party Jose Roberto Romero–Morales(pty:dft) (Christl, Kelly) (Entered: 03/10/2023) |

| | | |
|---|---|---|
| 02/23/2023 | 33 | ORDER as to **Jose Roberto Romero−Morales (1)**: This matter is before the Court *sua sponte*. Due to a conflict in the Court's calendar, the Sentencing Hearing set for March 3, 2023 at 2:00 p.m. is hereby **VACATED and RESET to March 17, 2023 at 2:00 p.m.** in Courtroom A801. SO ORDERED by Judge William J. Martinez on 2/23/2023. Text Only Entry (wjmsec, ) (Entered: 02/23/2023) |
| 02/22/2023 | 32 | RESTRICTED ADDENDUM to Presentence Report 31 as to Jose Roberto Romero−Morales (dbarri) (Entered: 02/22/2023) |
| 02/22/2023 | 31 | RESTRICTED PRESENTENCE REPORT as to Jose Roberto Romero−Morales (Attachments: # 1 Exhibit A)(dbarri) (Entered: 02/22/2023) |
| 02/17/2023 | 30 | MOTION for Departure *pursuant to Section 5K3.1* by USA as to Jose Roberto Romero−Morales. (Buchman, Albert) (Entered: 02/17/2023) |
| 02/17/2023 | 29 | RESPONSE by USA as to Jose Roberto Romero−Morales re: 27 Sentencing Statement filed by Jose Roberto Romero−Morales (Buchman, Albert) (Entered: 02/17/2023) |
| 02/17/2023 | 28 | ORDER as to **Jose Roberto Romero−Morales (1)**: This matter is before the Court on Defendant's Sentencing Statement 27 . The Government is DIRECTED to file a Response to Defendant's Sentencing Statement on or before **February 24, 2023**. No Reply will be permitted. SO ORDERED by Judge William J. Martinez on 2/17/2023. Text Only Entry (wjmsec, ) (Entered: 02/17/2023) |
| 02/15/2023 | 27 | SENTENCING STATEMENT by Jose Roberto Romero−Morales (Stricklin, Natalie) (Entered: 02/15/2023) |
| 01/27/2023 | 26 | RESTRICTED PRESENTENCE REPORT first disclosure for attorney review as to Jose Roberto Romero−Morales (Attachments: # 1 Exhibit A)(tfont) (Entered: 01/27/2023) |
| 11/22/2022 | 25 | ORDER as to **Jose Roberto Romero−Morales (1)** granting the Defendant's Unopposed Motion to Reset Sentencing Date 24 . The Defendant's Motion is GRANTED for good cause shown. The Sentencing Hearing set for April 17, 2023 is hereby **VACATED and RESET to March 3, 2023 at 2:00 p.m.** in Courtroom A801. Counsel are directed to this Court's Revised Practice Standards with regard to the deadlines for filing sentencing−related motions. SO ORDERED by Judge William J. Martinez on 11/22/2022. Text Only Entry (wjmsec, ) (Entered: 11/22/2022) |
| 11/17/2022 | 24 | Unopposed MOTION for Order *to Reset Sentencing Date* by Jose Roberto Romero−Morales. (Stricklin, Natalie) (Entered: 11/17/2022) |
| 10/05/2022 | 23 | STATEMENT IN ADVANCE OF PLEA OF GUILTY by Defendant Jose Roberto Romero−Morales (kmyha, ) (Entered: 10/05/2022) |
| 10/05/2022 | 22 | PLEA AGREEMENT as to Jose Roberto Romero−Morales (kmyha, ) (Entered: 10/05/2022) |
| 10/05/2022 | 21 | MINUTE ENTRY for Change of Plea Hearing as to Jose Roberto Romero−Morales held on 10/5/2022 before Judge William J. Martinez. Plea of Guilty entered as to Count 1. Sentencing set for 4/7/2023 11:00 AM in Courtroom A 801 before Judge William J. Martinez. Court Reporter: Mary George. (kmyha, ) (Entered: 10/05/2022) |
| 08/11/2022 | 20 | ORDER Setting Change of Plea Hearing as to **Roberto Romero−Morales (1)**: Pursuant to the Notice of Disposition 19 filed by the Defendant, a **Change of Plea Hearing is hereby set for October 5, 2022 at 2:00 p.m. in Courtroom A801. The dates set for the Final Trial Preparation Conference and Trial are hereby VACATED**. Counsel for the parties shall e−mail to Chambers courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement and Statement of Facts" no later than **12:00 p.m. on September 28, 2022**. If these documents are not timely submitted, the hearing may be vacated. The signed original and one copy of these documents must also be given to the courtroom deputy at the time of the hearing, pursuant to D.C.COLO.LCrR 11.1E. It is FURTHER ORDERED that defense counsel who reviewed and advised Defendant regarding the plea agreement must attend this Change of Plea Hearing. Pursuant to WJM Revised Practice Standard IX.1.1.c, the AUSA assigned to this matter must also be present at the hearing. If that AUSA cannot attend in person, s/he must be present by phone and a fully−briefed substitute AUSA must be physically present in the courtroom at the time |

| | | |
|---|---|---|
| | | of the hearing. SO ORDERED by Judge William J. Martinez on 8/11/2022. Text Only Entry (wjmsec, ) (Entered: 08/11/2022) |
| 08/05/2022 | 19 | NOTICE of Disposition by Jose Roberto Romero–Morales (Stricklin, Natalie) (Entered: 08/05/2022) |
| 07/26/2022 | 18 | BAIL REPORT as to Jose Roberto Romero–Morales. (rmaya, ) (Entered: 07/26/2022) |
| 07/12/2022 | 16 | ORDER Setting Trial Date and Related Deadlines as to Jose Roberto Romero–Morales. Motions due by 8/9/2022. Responses due by 8/19/2022. 4–day Jury Trial set for 9/6/2022 at 08:30 AM in Courtroom A 801 before Judge William J. Martinez. Final Trial Preparation Conference set for 8/30/2022 at 03:30 PM in Courtroom A 801 before Judge William J. Martinez. By Judge William J. Martinez on 07/12/2022. (athom, ) (Entered: 07/12/2022) |
| 07/11/2022 | 17 | Arrest Warrant Returned Executed on 07/07/2022 in case as to Jose Roberto Romero–Morales. (athom, ) (Entered: 07/12/2022) |
| 07/08/2022 | 15 | NOTICE OF ATTORNEY APPEARANCE: Natalie Girard Stricklin appearing for Jose Roberto Romero–MoralesAttorney Natalie Girard Stricklin added to party Jose Roberto Romero–Morales(pty:dft) (Stricklin, Natalie) (Entered: 07/08/2022) |
| 07/07/2022 | 14 | ORDER OF DETENTION as to Jose Roberto Romero–Morales by Magistrate Judge S. Kato Crews on 7/7/2022. (amont, ) (Entered: 07/07/2022) |
| 07/07/2022 | 13 | Discovery Conference Memorandum and ORDER: Estimated Trial Time – 4 days as to Jose Roberto Romero–Morales by Magistrate Judge S. Kato Crews on 7/7/2022. (amont, ) (Entered: 07/07/2022) |
| 07/07/2022 | 12 | CJA 23 Financial Affidavit by Jose Roberto Romero–Morales. (amont, ) (Entered: 07/07/2022) |
| 07/07/2022 | 11 | ORDER APPOINTING COUNSEL as to Jose Roberto Romero–Morales by Magistrate Judge S. Kato Crews on 7/7/2022. Text Only Entry (amont, ) (Entered: 07/07/2022) |
| 07/07/2022 | 10 | COURTROOM MINUTES for proceedings held before Magistrate Judge S. Kato Crews: Initial Appearance, Arraignment, Discovery, and Detention Hearings as to Jose Roberto Romero–Morales held on 7/7/2022. Defendant present in custody. Defendant advised. Court appoints counsel. Plea of NOT GUILTY entered by defendant. Discovery memorandum executed. Defendant is not contesting detention. Defendant ORDERED detained. Defendant remanded. Advisement given pursuant to Brady v. Maryland. Counsel is directed to chambers. (Total time: 6 minutes, Hearing time: 2:42–2:48 p.m. (mass advisement 2:27–2:29))<br><br>**APPEARANCES**: Albert Buchman on behalf of the Government, Jennifer Beck on behalf of the defendant, Colin Linde on behalf of pretrial. FTR: CRIMINAL DUTY PM. (amont, ) Text Only Entry (Entered: 07/07/2022) |
| 07/07/2022 | 9 | Arrest of Jose Roberto Romero–Morales Initial Appearance set for 7/7/2022 02:00 PM in Courtroom C204 before Magistrate Judge S. Kato Crews. (Text Only entry). (alave, ) (Entered: 07/07/2022) |
| 06/27/2022 | 8 | Writ of Habeas Corpus ad Prosequendum Issued as to Jose Roberto Romero–Morales (alave, ) (Entered: 06/30/2022) |
| 06/27/2022 | 7 | ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM granting 5 Motion for Writ of Habeas Corpus ad Prosequendum as to Jose Roberto Romero–Morales (1) by Magistrate Judge Nina Y. Wang on 06/27/2022. (alave, ) (Entered: 06/28/2022) |
| 06/27/2022 | 6 | MEMORANDUM regarding 5 MOTION for Writ of Habeas Corpus ad Prosequendum filed by USA. Motion(s) referred to Magistrate Judge Kristen L. Mix. by Judge William J. Martinez on 6/27/2022. Text Only Entry (wjmsec, ) (Entered: 06/27/2022) |
| 06/27/2022 | 5 | MOTION for Writ of Habeas Corpus ad Prosequendum by USA as to Jose Roberto Romero–Morales. (Attachments: # 1 Proposed Order (PDF Only), # 2 Proposed Document)(Buchman, Albert) (Entered: 06/27/2022) |

| | | |
|---|---|---|
| 06/24/2022 | 4 | NOTICE OF ATTORNEY APPEARANCE Albert C. Buchman appearing for USA. Attorney Albert C. Buchman added to party USA(pty:pla) (athom, ) (Entered: 06/24/2022) |
| 07/14/2021 | 3 | RESTRICTED DOCUMENT – Level 4 as to Jose Roberto Romero–Morales. (trvo, ) (Entered: 07/15/2021) |
| 07/14/2021 | 2 | Arrest Warrant Issued in case as to Jose Roberto Romero–Morales. (trvo, ) (Entered: 07/15/2021) |
| 07/14/2021 | 1 | INDICTMENT as to Jose Roberto Romero–Morales (1) count(s) 1. (Attachments: # 1 Criminal Information Sheet) (trvo, ) (Entered: 07/15/2021) |