FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**April 4, 2023**

_____

Christopher M. Wolpert  
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOSE ROBERTO ROMERO-MORALES,<br><br>Defendant - Appellant. | No. 23-1087<br>(D.C. No. 1:21-CR-00232-WJM-1)<br>(D. Colo.) |

_____

**ORDER AND JUDGMENT**[*]

_____

Before **MATHESON**, **BACHARACH**, and **PHILLIPS**, Circuit Judges.[**]

_____

This matter is before the court on the parties' *Joint Motion for Remand*, in which they request that the court remand the case to the district court for resentencing. Upon consideration and review of the record, the court:

A.   Grants the *Joint Motion for Remand*;

B.   Remands this case to the district court for resentencing and to undertake, in its discretion, all necessary and appropriate proceedings required to

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

[**] Because this matter is being decided on a *Joint Motion to Remand for Resentencing* this panel has determined unanimously that oral argument would not materially assist in the determination of the appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

resentence Mr. Romero in accord with the *Joint Motion to Remand* filed here; and

C.     Directs the Clerk to issue the mandate forthwith.

Entered for the Court

Per Curiam

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 04, 2023

Mr. Josh Lee
Office of the Federal Public Defender
Districts of Colorado and Wyoming
633 Seventeenth Street, Suite 1000
Denver, CO 80202

**RE:** 23-1087, United States v. Romero-Morales
Dist/Ag docket: 1:21-CR-00232-WJM-1

Dear Counsel:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Rajiv Mohan

CMW/sds