IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00232-WJM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOSE ROBERTO ROMERO-MORALES,

        Defendant.

## UNOPPOSED MOTION TO SET RESENTENCING HEARING

        The defendant, Jose Roberto Romero-Morales, by and through undersigned counsel, Natalie G. Stricklin and Kelly Christl, hereby requests this Court set a resentencing hearing immediately, so that he may receive meaningful relief after the Tenth Circuit Court of Appeals' order and judgment (Doc. 48) remanding this matter for sentencing. In support:

        1.      This Court sentenced Mr. Romero-Morales to a period of 12 months in the Bureau of Prisons (BOP) on March 17, 2023. Doc. 41. Mr. Romero-Morales pled guilty to a single count indictment for violating 8 U.S.C. 1326, on October 5, 2022. Doc. 21. At sentencing, Mr. Romero-Morales had 253 days of time credit. Doc. 39. Both parties were requesting a sentence that would have been equivalent to time-served.

        2.      Mr. Romero-Morales and the government negotiated a plea agreement within 30 days of his initial appearance. *See*, Doc. 19. Mr. Romero-Morales and the government agreed in a plea agreement that the government would move for a one-level "fast track" departure in exchange for Mr. Romero-Morales waiving his right to

appeal his sentence, except under limited circumstances. Doc. 22. The government moved for a one-level departure pursuant to that agreement on February 17, 2023. Doc. 30. This Court denied the Motion for Departure because this Court erroneously believed that Mr. Romero-Morales was not eligible for a one-level reduction under the United States Attorney for the District of Colorado (USACO) "Fast Track" policy.

3. Mr. Romero-Morales filed a copy of the "Fast Track" policy as an exhibit after the hearing. Doc. 38. The policy reads, in part, as follows:

> Consistent with the current practice in the District, even defendants who are disqualified from the Fast-Track program may receive a one-level downward reduction from the otherwise applicable total offense level in exchange for agreeing to include the District's standard appellate and collateral attack waiver language in their plea agreement. Pursuant to this policy, however, defendants must now file a notice of disposition withing 30 days of their initial appearance in the District to benefit from the one-level reduction.

Mr. Romero-Morales did file a notice of disposition within 30 days, and he agreed to the standard appellate and collateral attack language in the plea agreement, so he did meet the eligibility requirements.

4. Mr. Romero-Morales filed a notice of appeal the date the judgment was filed. *See*, Docs. 41, 43. Mr. Romero-Morales and the government filed a Joint Motion for Remand because the Court's sentencing decision was not "procedurally sound" since the Court erred in finding that Mr. Romero-Morales was ineligible for a one-level reduction. See, Docs. 48 -49 and Doc. 010110835681, Appellate Case: 23-1087. It continues to be the position of the parties that Mr. Romero-Morales is eligible for a one-level reduction.

5. The Tenth Circuit Court of Appeals granted the joint motion and remanded this case for resentencing on April 4, 2023. Doc. 010110838008.

6. Mr. Romero-Morales has been in custody since July 7, 2022. Unless this Court sets this matter for resentencing immediately, Mr. Romero-Morales will not be able to get meaningful relief after the appellate review.

7. Undersigned counsel conferred with AUSA Buchman, and he is unopposed this motion.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Email: Natalie_Stricklin@fd.org
Attorney for Defendant



*s/ Kelly Christl*
KELLY CHRISTL
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Kelly_Christl@fd.org
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, I filed the foregoing *Unopposed Motion to Set Resentencing Hearing* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Albert C. Buchman
Assistant United States Attorney
Email: al.buchman@usdoj.gov

I hereby certify that I have mailed or served the document or paper to the following participant in the manner (mail, hand-delivery, etc.) indicated next to the participant's name:

Jose Roberto Romero-Morales (via U.S. mail)

s/ Natalie G. Stricklin
NATALIE G. STRICKLIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Natalie_Stricklin@fd.org
Attorney for Defendant

4